ACCEPTED
14-14-00796-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/9/2015 2:57:14 PM
CHRISTOPHER PRINE
CLERK

Appellate Docket Number:    14-14-00796-CR

Appellate Case Style: Style:    **DAVID MICHAEL WATSON**

Vs.    State of Texas

Companion Case:

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

1/9/2015 2:57:14 PM
CHRISTOPHER A. PRINE
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court:    14th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| | ☒ Lead Attorney |
| First Name:   David | First Name:   Rick |
| Middle Name:   Michael | Middle Name: |
| Last Name:   Watson | Last Name:   Oliver |
| Suffix: | Suffix: |
| Appellant Incarcerated?   ☒ Yes ☐ No | ☐ Appointed    ☐ District/County Attorney |
| Amount of Bond: | ☒ Retained    ☐ Public Defender |
| Pro Se: ○ | Firm Name:   Rick Oliver, Attorney at Law |
| | Address 1:   1221 Studewood Street |
| | Address 2: |
| | City:   Houston |
| | State:   Texas    Zip+4:   77008 |
| | Telephone:   713-864-3700   ext. |
| | Fax:   713-864-3703 |
| | Email:   rickoliverlaw@gmail.com |
| | SBN:   24048179 |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name: State

Middle Name: of

Last Name: Texas

Suffix:

Appellee Incarcerated? ☐ Yes ☒ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: John

Middle Name:

Last Name: Harrity

Suffix:

☐ Appointed ☒ District/County Attorney
☐ Retained ☐ Public Defender

Firm Name: Fort Bend County District Attorney's Office

Address 1: 309 South 4th Street, Suite 258

Address 2:

City: Richmond

State: Texas     Zip+4: 77469

Telephone: 281-341-4460     ext.

Fax: 281-341-4440

Email: john.harrity@fortbendcountytx.gov

SBN: 09133100

**Add Another Appellee/Attorney**

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Sex Offenses

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: July 11, 2014

Offense charged: Indecency w/Child Sexual Contact

Date of offense: February 29, 2012

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: October 2, 2014

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 10 years TDCJ

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☒ Yes ☐ No     If yes, date filed: August 7, 2014

Motion in Arrest of Judgment: ☐ Yes ☐ No     If yes, date filed:

Other: ☐ Yes ☐ No     If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☒ No ☐ NA     If yes, date filed:

Date of hearing:     ☐ NA

Date of order:     ☐ NA

Ruling on motion: ☐ Granted ☐ Denied ☐ NA     If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 400th District Court

County: Fort Bend County

Trial Court Docket Number (Cause no): 12-DCR-059381

Trial Court Judge (who tried or disposed of the case):

First Name: Clifford

Middle Name: J

Last Name: Vacek

Suffix:

Address 1: 1422 Eugene Heimann Circle

Address 2: Courtroom 3B

City: Richmond

State: Texas          Zip + 4:

Telephone: 281-341-4422          ext.

Fax: 281-344-3928

Email: 400dc@co.fort-bend.tx.us

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested?   ☒ Yes   ☐ No

If yes, date requested: September 29, 2014

If no, date it will be requested:

Were payment arrangements made with clerk?

☒ Yes   ☐ No   ☐ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes   ☐ No

Was reporter's record requested?   ☒ Yes   ☐ No

Was the reporter's record electronically recorded?   ☒ Yes   ☐ No

If yes, date requested: September 22, 2014

Were payment arrangements made with the court reporter/court recorder?   ☒ Yes   ☐ No   ☐ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official               ☐ Substitute

First Name: Karen

Middle Name:

Last Name: Rothman

Suffix:

Address 1: 1422 Eugene Heimann Circle

Address 2: Courtroom 3B

City: Richmond

State: Texas          Zip + 4: 77469

Telephone: 281-341-4422          ext.

Fax: 281-341-3928

Email: rothman@fortbendcountytx.gov

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: _____   Court: _____

Style: _____

Vs.   State of Texas

## X. Signature

_____
Signature of counsel (or Pro Se Party)

Rick Oliver
_____
Printed Name:

Date: January 9, 2015

State Bar No: 24048179

Electronic Signature: _____
(Optional)

Name: _____

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on January 9, 2015          .

_____
Signature of counsel (or pro se party)

Electronic Signature: _____
(Optional)

State Bar No.: 24048179

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: January 9, 2015

Manner Served: Fax

First Name: John

Middle Name:

Last Name: Harrity

Suffix:

Law Firm Name: Fort Bend County District Attorney's Office

Address 1: 309 South 4th Street, Suite 258

Address 2:

City: Richmond

State Texas Zip+4: 77469

Telephone: 281-341-4460 ext.

Fax: 281-341-4440

Email: john.harrity@fortbendcountytx.gov